ADRMOP, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00206-MMC
### Internal Use Only

Curiel v. Accredited Home Lenders, Inc
Assigned to: Hon. Maxine M. Chesney
Cause: 28:1331 Fed. Question

Date Filed: 01/11/2008
Date Terminated: 01/17/2008
Jury Demand: None
Nature of Suit: 371 Truth in Lending
Jurisdiction: Federal Question

**Petitioner**

**Ivonne Curiel**
*Sramineus Homo, US Vessel Libellant*

represented by **Ivonne Curiel**
1226 Palou Avenue
San Francisco, CA 94124
PRO SE

V.

**Respondent**

**Accredited Home Lenders, Inc**
*US Vessel Sand*

**3rd party plaintiff**

**Ivonne Curiel**
*Lien Holder of the Vessel, the Real Party In Interest,
Lawful Woman Injured Third Party
Intervener/Petitioner/Libellant*

represented by **Ivonne Curiel**
(See above for address)
PRO SE

V.

**3rd party defendant**

**Accredited Home Lenders, Inc**
*US Vessels Individually and Severally Third Party
Defendants/Libellees*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2008 | 1 | PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT (NO PROCESS); (IFP PENDING) against Accredited Home Lenders, Inc. Filed byIvonne Curiel. (aaa, Court Staff) (Filed on 1/11/2008) (Entered: 01/14/2008) |
| 01/11/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/18/2008. Case Management Conference set for 4/25/2008 10:30 AM. Signed by Judge Maxine M. Chesney on 1/11/08. (Attachments: # 1 MMC Standing Order, # 2 Standing Order)(aaa, Court Staff) (Filed on 1/11/2008) (Entered: 01/14/2008) |
| 01/11/2008 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Ivonne Curiel. (aaa, Court Staff) (Filed on 1/11/2008) (Entered: 01/14/2008) |
| 01/11/2008 |   | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 1/11/2008) (Entered: 01/14/2008) |
| 01/17/2008 | 4 | ORDER DISMISSING PETITION; DENYING APPLICATION TO PROCEED IN FORMA |

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

**FIRST NOTICE OF PAYMENT DUE**

Ivonne Curiel
1226 Palou Avenue
San Francisco, CA 94124

**Notice Date**
2/27/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

**This fee is due for the following case:**

**Case Title:  Curiel v. Accredited Home Lenders, Inc**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:08-cv-00206-MMC | 1/11/2008 | 1/11/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

Make your check payable to "Clerk, U.S. District Court."
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $350.00**

Ms. Ivonne Curiel
3400 16th St. Apt. 102
San Francisco, CA 94114-1795

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016977
Cashier ID: almaceh
Transaction Date: 03/13/2008
Payer Name: IVONNE CURIEL
-----------------------------------
CIVIL FILING FEE
 For: IVONNE CURIEL
 Case/Party: D-CAN-3-08-CV-000206-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 851362040
 Amt Tendered:  $350.00
-----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

MMC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

U.S.D.C.
450 Golden Gate Ave. #16 Floor
San Francisco, CA 94102

12 MAR 2008 PM 7 T

